No. 04–8221. Scherrer v. United States District Court for the Central District of California. C. A. 9th Cir. Certiorari denied.

No. 04–8225. Mesa v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–8230. Obi v. Texas (two judgments). Ct. Crim. App. Tex. Certiorari denied.

No. 04–8234. Williams v. Thomson Corp. et al. C. A. 8th Cir. Certiorari denied.

No. 04–8235. O'Neal v. Kramer, Warden. C. A. 9th Cir. Certiorari denied.

No. 04–8236. Mitcham v. Schriro, Director, Arizona Department of Corrections. C. A. 9th Cir. Certiorari denied.

No. 04–8239. Money v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–8261. Amkhanitsky v. CTC Real Estate Services. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 04–8264. Adams v. Moore, Superintendent, Northeast Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 04–8266. Barron-Baca v. Shoemaker, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 04–8281. Malan v. Malan. Ct. App. Ind. Certiorari denied.

No. 04–8282. Shelton v. Wilson et al. C. A. 4th Cir. Certiorari denied.

No. 04–8283. South v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 04–8287. Wolfe v. Mahle; Wolfe v. Sacramento County, California, et al.; and Wolfe v. Sacramento County Bar Assn. et al. Ct. App. Cal., 3d App. Dist. Certiorari denied.